**In re: Donald LUKENS, Debtor,**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**Donald Lukens, Appellant,**

v.

**Maureen A. Tighe, U.S. Trustee, Appellee.**

**No. 05–55285.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Filed March 29, 2006.

Donald Lukens, Camarillo, CA, pro se.

Brian Fittipaldi, U.S. Trustee Office, Santa Barbara, CA, for Appellee.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Donald Lukens appeals pro se from the district court's decision affirming a bankruptcy court order dismissing Lukens' Chapter 7 bankruptcy case. We have jurisdiction under 28 U.S.C. § 158(d). We review for clear error the bankruptcy court's findings of fact and review de novo its legal conclusions. *Allred v. Kennerley (In re Kennerley),* 995 F.2d 145, 146 (9th Cir.1993). We affirm.

The bankruptcy court did not clearly err in finding that Lukens failed to cooperate with the trustee and bankruptcy court. *See Neary v. Padilla (In re Padilla),* 222 F.3d 1184, 1191 (9th Cir.2000). Lukens engaged in "unreasonable delay" under 11 U.S.C. § 707(a)(1), and did not file the true

and complete disclosures required by 11 U.S.C. § 521(1). *See* 11 U.S.C. § 707(a)(3) (failure to file documents required under 11 U.S.C. § 521(1) as basis for dismissal).

The bankruptcy court did not err by dismissing Lukens' bankruptcy petition with prejudice pursuant to 11 U.S.C. § 349(a) on the ground that Lukens' conduct was egregious. *C.f. Leavitt v. Soto (In re Leavitt)*, 171 F.3d 1219, 1224 (9th Cir.1999).

Lukens' remaining contentions lack merit.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.